UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:20-CR-120 |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR NOTICE** |
| vs. | ) | **PURSUANT TO FED. R. EVID. 609(b)** |
| | ) | |
| WHITEHORSE DUCHARME, | ) | |
| | ) | |
| Defendant. | ) | |

      The Defendant above-named, Whitehorse Ducharme, by and through his undersigned attorney, Assistant Federal Public Defender Christopher J. Lancaster, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 609(b), of any conviction or convictions with respect to which a period of more than ten (10) years has elapsed since the date of the conviction, which the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant or any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence.  The Defendant requests that notice of any conviction or convictions subject to the requirements of FED. R. EVID. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 1st day of September, 2020.

                Respectfully submitted,

                JASON J. TUPMAN
                Federal Public Defender

                By:
                */s/ Christopher J. Lancaster*
                Christopher J. Lancaster
                Assisant Federal Public Defender
                Attorney for Defendant
                Office of the Federal Public Defender
                Districts of South Dakota and North Dakota
                Federal Square, Second Floor
                112 Roberts Street, Suite 200
                Fargo, ND 58102
                Telephone: 701-239-5111 Facsimile: 701-239-5098
                filinguser_SDND@fd.org